IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CR-00223-04-BCW |
| | ) | |
| BILLY RAY HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation regarding Defendant Hall's competency (Doc. #299). Neither party filed an objection to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Magistrate Judge Hays' Report and Recommendation regarding Defendant Hall's competency (Doc. #299) shall be attached to and made part of this Order, and Defendant Hall is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.


DATED: June 5, 2013  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT